Michael L. Castiglione, Respondent, v. Phillip Capozzi, Appellant.— Order affirmed, with $10 costs and disbursements. (See *Hudson* v. *Yonkers Fruit Co.*, 258 N. Y. 168.) All concur. (Appeal from an order of Onondaga County Court, affirming a judgment of Syracuse Municipal Court, for plaintiff in an action to recover money held in trust.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 837.]

Industrial Bank of Utica, Respondent, v. Walter Hyde, Appellant.— Order affirmed, with costs. All concur. (Appeal from an order of Oneida County Court, reversing a judgment of Utica City Court, for defendant for no cause of action and granting a new trial in an action on a promissory note.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

Edward Geraghty, Jr., an Infant, by Edward Geraghty, Sr., His Guardian ad Litem, Appellant, v. State of New York, Respondent. (Claim No. 30713.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 850.]

In the Matter of Cleveland Crosby, an Attorney and Counselor at Law.— Application for reinstatement denied. Memorandum: Upon petitioner's application for his reinstatement and upon the report of the hearings before the Character Committee of the Eighth Judicial District, it does not appear that petitioner realizes the seriousness of the misconduct for which he was suspended nor does he appear to realize that he was in fact guilty of a serious offense. Upon consideration of such application and the report of the Character Committee, we are not satisfied that the petitioner is presently possessed of a firm intention to conduct himself as an attorney in accordance with the standards set forth in the canons of legal ethics, as such canons are generally construed and understood by the Bench and Bar. The application, therefore, is denied, without prejudice to the right to renew the same at some time in the future upon a proper showing. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

Louise Cummings, Appellant, v. Louis H. Chely, Respondent.— Appeal dismissed, without costs upon stipulation.

The People of the State of New York, Respondent, v. James E. Ray, Appellant.— Motion granted and appeal dismissed.

The People of the State of New York, Respondent, v. Albert Cassidy, Appellant.— Motion granted and appeal dismissed.

Evelyn Cuccia, Appellant, v. W. L. Mead, Inc., et al., Respondents, et al., Defendants.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.